UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20CR3350-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE |
| DOMINICK GIUNTA (2), | ) | |
| Defendant. | ) | |

Based on the Motion of the United States and for good cause shown,

IT IS ORDERED THAT the indictment in this case be dismissed against Defendant Dominick Giunta (2) without prejudice.

IT IS SO ORDERED.

Dated: May 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge